IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO.  3:13 MJ 048

148 GOLDENGATE DRIVE
CENTERVILLE, OHIO

---

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

7-1-16
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE